```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 02409
   MICHAEL P YATES
   VINCENZA A YATES                          CHAPTER 13

                                             JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-6514      SSN XXX-XX-6727


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 02/02/2008 and was confirmed 03/31/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/12/2009.
------------------------------------------------------------------------------
CREDITOR NAME                 CLASS          CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                              PAID        PAID
------------------------------------------------------------------------------
AMERICASH LOANS               UNSECURED        3302.50         .00         .00
PREMIER BANCARD CHARTER       UNSECURED         518.60         .00         .00
ROUNDUP FUNDING LLC           UNSECURED         330.26         .00         .00
CAPITAL ONE                   UNSECURED       NOT FILED        .00         .00
CAPITAL ONE                   UNSECURED       NOT FILED        .00         .00
CAPITAL ONE                   UNSECURED       NOT FILED        .00         .00
CAPITAL ONE                   UNSECURED       NOT FILED        .00         .00
CERTEGY PAYMENT RECOVERY      UNSECURED       NOT FILED        .00         .00
CITY OF CHICAGO PARKING       UNSECURED         120.00         .00         .00
CLEAR CHECK                   UNSECURED       NOT FILED        .00         .00
CLEAR CHECK                   UNSECURED       NOT FILED        .00         .00
COLUMBUS BANK & TRUST         UNSECURED       NOT FILED        .00         .00
COOK COUNTY STATES ATTOR      UNSECURED       NOT FILED        .00         .00
HSBC NV                       UNSECURED       NOT FILED        .00         .00
HSBC NV                       UNSECURED       NOT FILED        .00         .00
HSBC NV                       UNSECURED       NOT FILED        .00         .00
ECAST SETTLEMENT CORP         UNSECURED        1173.60         .00         .00
LASALLE BANK                  UNSECURED       NOT FILED        .00         .00
LASALLE NATIONAL              UNSECURED       NOT FILED        .00         .00
RETAILERS NATIONAL BANK       UNSECURED       NOT FILED        .00         .00
SEARS                         UNSECURED       NOT FILED        .00         .00
JOHN YATES                    NOTICE ONLY    NOT FILED        .00         .00
AMERICAS SERVICING COMPA      CURRENT MORTG      .00           .00         .00
CHASE MANHATTAN MORTGAGE      CURRENT MORTG      .00           .00         .00
CITIFINANCIAL                 SECURED VEHIC   2400.00        64.56       25.52
CITIFINANCIAL                 UNSECURED       NOT FILED        .00         .00
DELL FINANCIAL SERVICES       SECURED          140.00         2.36       88.00
DELL FINANCIAL SERVICES       UNSECURED       NOT FILED        .00         .00
AMERICAS SERVICING COMPA      MORTGAGE ARRE      .00           .00         .00
CHASE MANHATTAN MORTGAGE      MORTGAGE ARRE    8200.00         .00         .00
AMERICAS SERVICING COMPA      NOTICE ONLY    NOT FILED        .00         .00
PORTFOLIO RECOVERY            UNSECURED        9405.00         .00         .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 02409 MICHAEL P YATES & VINCENZA A YATES
```

```
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,284.00                    1,751.56
TOM VAUGHN                 TRUSTEE                                       168.00
DEBTOR REFUND              REFUND                                           .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                              RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       2,100.00

PRIORITY                                                    .00
SECURED                                                  113.52
    INTEREST                                              66.92
UNSECURED                                                   .00
ADMINISTRATIVE                                         1,751.56
TRUSTEE COMPENSATION                                     168.00
DEBTOR REFUND                                               .00
                          ---------------        ---------------
TOTALS                        2,100.00                 2,100.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/05/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE